IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JIMMY JOSEPH NEWELL                        §

VS.                                        §                 CIVIL ACTION NO. 1:21cv306

JIMMY LANE MOONEY                          §

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Jimmy Joseph Newell, proceeding *pro se*, filed this civil rights lawsuit.  The Court referred the case to the Honorable Christine L. Stetson, United States Magistrate Judge.  The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for want of prosecution.  An order sent to Plaintiff was returned to the Court with a notation indicating Plaintiff was no longer at the address he provided to the Court.  Plaintiff failed to subsequently provide the Court with a new address.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings in this matter.  A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court.  The copy sent to plaintiff was returned to the Court with a notation indicating plaintiff was no longer at that address (Dkt. 5).

Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Court with a physical address and advise the clerk in writing of any change in address.  To date, plaintiff has not updated his address or filed objections to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the report of the magistrate judge (Dkt. 4) is **ADOPTED** as the

opinion of the Court.  A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 20th day of October, 2021.**


Michael J. Truncale
United States District Judge